# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jason Johnson, | Civil No. 09-460 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| City of St. Paul, et al., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 36), **IT IS ORDERED** that the settlement of this action as set forth on the record on September 20, 2010, is approved pursuant to Minn. Stat. § 466.08 and, as a result, the above-entitled action is **DISMISSED WITH PREJUDICE**, on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 4, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge